Michael J. Faber (SBN 89149)
mfaber@faberlaw.net
12424 Wilshire Blvd., 9th Floor
Los Angeles, CA 90025-1030
(310) 442-6610 (Telephone)
(310) 442-6612 (FAX)

*Counsel for Plaintiff Daniel Burtt*

Christopher J. Rillo (SBN 112009)
christopher.rillo@bakerbotts.com
Christina A. Romak (SBN 341472)
christina.romak@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Sunnova Energy Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BURTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNNOVA ENERGY CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No.: 2:22-cv-02754-RGK-PD**<br><br>ORDER ENTERING STIPULATED PROTECTIVE ORDER<br><br>Judge: Hon. R. Gary Klausner |

## ORDER ENTERING STIPULATED PROTECTIVE ORDER

Pursuant to the Stipulation of the Parties, the Protective Order attached as Exhibit A is entered for good cause and the parties are ordered to comply with its terms.

DATED:  January 30, 2023

_____
United States District Judge R. Gary Klausner