| | |
|---|---|
| Christopher J. Rillo (SBN 112009)<br>christopher.rillo@bakerbotts.com<br>Christina A. Romak (SBN 341472)<br>christina.romak@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 291-6200<br>Facsimile: (415) 291-6300<br><br>*Counsel for Sunnova Energy Corp.* | JS6 |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BURTT,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNNOVA ENERGY CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-02754-RGK-PD<br><br>[PROPOSED] JUDGMENT |

///

///

///

1 | Judgment is hereby entered consistent with the Court's Order Granting Defendant Sunnova Energy Corp.'s ("Defendant") Motion for Summary Judgment.

The Court therefore ORDERS that Plaintiff Daniel Burtt's ("Plaintiff") Amended Complaint (ECF No. 30) is DISMISSED with prejudice ~~and that Plaintiff take nothing and Defendant is awarded its costs of the action~~. All pending dates are vacated.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated this **25TH** day of **April**, 2023 at Los Angeles, California.

By: *Gary Klausner*
Honorable R. GARY KLAUSNER
U.S. DISTRICT JUDGE